**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARYL A. ROYSTER, SR.,

    Plaintiff,

v.                                            Case No. 3:09cv476/MCR/EMT

STATE OF FLORIDA, et al.,

    Defendants.
                                  /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 27, 2010 (Doc. 13). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of February, 2010.

                                                 *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE**